**Order entered June 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00031-CR**
**No. 05-22-00032-CR**
**No. 05-22-00033-CR**
**No. 05-22-00034-CR**
**No. 05-22-00035-CR**
**No. 05-22-00036-CR**

**DAVID RAY JAKUBIEC, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-75233-X, F21-75234-X, F21-40264-X, F21-40265-X, F21-48147-X & F21-75235-X**

**ORDER**

Before the Court is appellant's June 1, 2022 pro se motion to access the appellate record. We **GRANT** the motion and **ORDER** appellate counsel Lawrence B. Mitchell to provide appellant with paper copies of the clerk's and reporter's records in the above cases. We further **ORDER** appellate counsel to

provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the records have been sent to appellant.

Appellant's pro se response is due **by August 5, 2022**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Lawrence B. Mitchell; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to David Ray Jakubiec, TDCJ# 02376831, Cole Unit, 3801 Silo Road, Bonham, TX, TX 75418.

/s/  BILL PEDERSEN, III
     JUSTICE